26cr56 JWB/DLM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(A) |
| v. ) | 21 U.S.C. § 851 |
| ) | 21 U.S.C. § 853 |
| KIRON JAMOLL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Fentanyl)

On or about October 16, 2025, in the State and District of Minnesota, the defendant,

**KIRON JAMOLL WILLIAMS,**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly called "fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### NOTICE OF PRIOR CONVICTION

Before committing the offense charged in Count 1 of this Indictment, the defendant KIRON JAMOLL WILLIAMS was convicted of Distribution of



SCANNED
FEB 18 2026
U.S. DISTRICT COURT MPLS

U.S. v. Kiron Jamoll Williams

Cocaine, a serious drug felony which had become final for which he served more than 12 months of imprisonment and for which he was released from imprisonment within 15 years of his commencement of Count 1. *See United States of America v. Kiron Jamoll Williams*, 06-CR-311 (ADM). As a result of that conviction, defendant KIRON JAMOLL WILLIAMS is subject to increased punishment under 21 U.S.C. § 851.

## FORFEITURE ALLEGATIONS

Upon conviction of Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                              FOREPERSON